IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GARY NAHAM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 519 |
| v. | ) | |
| | ) | Judge Andersen |
| CITY OF CHICAGO, et. al. | ) | |
| | ) | Magistrate Judge Mason |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   All parties of record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Andersen, or before such other Judge sitting in his place or stead, on the 10th day of April, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 3st day of April 2008.

                                        MARA S. GEORGES
                                        CORPORATION COUNSEL
                                        CITY OF CHICAGO

BY:   **/s/ Helen C. Gibbons**
            HELEN C. GIBBONS
            Assistant Corporation Counsel
            Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 742-3541
Attorney No. 06292881