**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Gary Naham

                     Plaintiff,

v.                                                                              Case No.: 1:08−cv−00519
                                                                                Honorable Wayne R. Andersen

Richard Haljean, et al.

                     Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: April 15, 2008

/s/ Wayne R. Andersen

United States District Judge
