IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY NAHAM, ) | |
| ) | No.    08 C 0519 |
| Plaintiff, ) | |
| ) | JUDGE ANDERSEN |
| v. ) | |
| ) | Magistrate Judge Mason |
| Chicago Police Officers RICHARD HALJEAN, ) | |
| Star No. 9860, N. SPENCER, Star No. 14835, ) | |
| VASAVID, Star No. 19359, WALSH, ) | JURY DEMAND |
| Star No. 11214, MEINDL, Star No. 10130, ) | |
| CWICK, Star No. 11860, SZCZENY, ) | |
| Star No. 10982, GUTIERREZ, Star No. 1473, ) | |
| STASCH, Star No. 187, and the CITY OF ) | |
| CHICAGO, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 1st day of May, 2008.

                                          MARA S. GEORGES
                                        Corporation Counsel
                                        of the City of Chicago


BY:    /s/ Helen C. Gibbons
          HELEN C. GIBBONS
          Assistant Corporation Counsel

30 North LaSalle Street, Room 1020
Chicago, Illinois  60602
(312) 742-3541
Attorney No. 6292881