IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY NAHAM,<br><br>          Plaintiff,<br><br>v.<br><br>Chicago Police Officers Richard Haljean, Star No. 9860, N. Spencer, Star No. 14835, Vasavid, Star No. 19359, Walsh, Star No. 11214, Meindl, Star No. 10130, Cwick, Star No. 11860, Szczesny, Star No. 10982, Guiterrez, Star No. 1473, Stasch, Star No. 187 and the City of Chicago,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)   NO. 08 C 519<br>)<br>)   JUDGE ANDERSEN<br>)<br>)<br>) MAGISTRATE JUDGE MASON<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

To:   Ed Fox  
        Ed Fox & Associates  
        300 W. Adams, Ste. 330  
        Chicago, IL 60606  
        *Attorney for Plaintiff*

        RITA MORAN  
        Assistant Corporation Counsel  
        30 N. LaSalle Street  
        Suite 1020  
        Chicago, IL 60602  
        (312) 744-4939  
        *Attorney for Defendant City of Chicago*

      **PLEASE TAKE NOTICE** that on May 1, 2008, the undersigned caused to be filed in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Individual Defendants' Joint Answer to Plaintiff's Complaint, Affirmative Defenses and Jury Demand, a copy which is herewith served upon you via the Court's ECF system.

Dated: May 1, 2008

                                                     Respectfully submitted,

                                                     /s/ Christopher A. Wallace  
                                                     Christopher A. Wallace  
                                                     Assistant Corporation Counsel  
                                                     *Attorney for Individual Defendants*

                                                     City of Chicago Department of Law  
                                                     Individual Defense Litigation Division

30 N. LaSalle St., Suite 1400
Chicago, IL 60602
T: (312) 742-6408
ARDC # 6278655

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on May 1, 2008, I caused a copy of the above Notice of Filing to be served via the Court's ECF system upon all counsel of record.

/s/ Christopher Wallace
Christopher Wallace