## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

GARY NAHAM,                                              )
                                                        )
        Plaintiff,                                    )          Case No:  08 C 519
                                                        )
        v.                                            )
                                                        )          Judge Andersen
Chicago Police Officers Richard Haljean, Star No.   )
9860,N. Spencer, Star No. 14835, Vasavid, Star No. )          Magistrate Judge Mason
19359, Walsh, Star No. 11214, Meindl, Star No.      )
10130, Cwick, Star No. 11860, Szczesny, Star No.    )
10982, Gutierrez, Star No. 1473, Stasch, Star No.187)
 and the City of Chicago,                               )
                                                        )
        Defendants.                                   )

## JOINT INITIAL STATUS REPORT

The parties hereto, by and through counsel, file this initial status report.

1.     **SUMMARY OF CLAIMS**

Plaintiff has alleged that the defendants procured a search warrant using false information.  He then alleges that the subsequent search was unlawful, excessive and that excessive force was used.  Plaintiff also alleges that the he was criminally prosecuted on false charges based upon falsified evidence until those charges were terminated in plaintiff's favor.  In this context plaintiff has alleged that he was subjected to Due Process violations as well as a malicious prosecution.  Plaintiff has also alleged a Monell violation.  Defendants deny any unconstitutional or wrongful conduct and any Monell claims.

2.    **RELIEF SOUGHT**

This has not yet been ascertained.

3.    **REFERRAL**

This has been referred for discovery and supervision.

4.    **STATUS OF ANY BRIEFING**

Not applicable.

5.    **CONTEMPLATED DISCOVERY**

This case is just underway, the answer having been filed this date. The parties anticipate that they will take the depositions of all the defendants (9), the plaintiff and other persons that may surface during the course of discovery.  Because of Plaintiff's Monell claim, the total number of documents and depositions are incalculable at this time.

6.    **PROPOSED DISCOVERY CUT-OFF DATE**

September 30, 2008

7.    **STATUS OF SETTLEMENT NEGOTIATIONS**

There have not yet been settlement negotiations

Dated:  May 5, 2008

By: */s/* Edward M. Fox      */s/* Christopher Wallace
  Edward M. Fox       Christopher Wallace
  Attorney for Plaintiff     Attorney for Defendants
  ED FOX & ASSOCIATES   City of Chicago, Dept. of Law.
  300 W. Adams Street, Suite 330 30 N. LaSalle St., Suite 1400
  Chicago, IL 60606     Chicago, IL 60602
  (312) 345-8877      (312) 742-6408

  */s/* Rita Moran
   Rita Moran
   Attorney for Defendants
   City of Chicago, Dept. of Law.
   30 N. LaSalle St., Suite 1020
   Chicago, IL 60602 (312) 744-4939

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GARY NAHAM,                                      )
                                                 )
          Plaintiff,                             )      Case No:  08 C 519
                                                 )
     v.                                          )
                                                 )      Judge Andersen
Chicago Police Officers Richard Haljean, Star No. )
9860,N. Spencer, Star No. 14835, Vasavid, Star No. )   Magistrate Judge Mason
19359, Walsh, Star No. 11214, Meindl, Star No.    )
10130, Cwick, Star No. 11860, Szczesny, Star No.  )
10982, Gutierrez, Star No. 1473, Stasch, Star No.187)
 and the City of Chicago,                        )
                                                 )
          Defendants.                            )

## NOTICE OF FILING

To:    Rita Moran                        Christopher Wallace
       Assistant Corporation Counsel     Assistant Corporation Counsel
       City of Chicago, Dept. of Law.    30 N. LaSalle Street
       30 N. LaSalle St., Suite 1020     Suite 1400
       Chicago, IL 60602                 Chicago, IL 60602

     **PLEASE TAKE NOTICE** that on May 5, 2008, the undersigned filed with the
Clerk of this Court, **JOINT INITIAL STATUS REPORT**, service of which is being made
upon you.

                                         s/Edward M. Fox
                                          Edward M. Fox
                                          ED FOX & ASSOCIATES
                                          300 West Adams, Suite 330
                                          Chicago, IL 60606
                                          (312) 345-8877

## PROOF OF SERVICE

     I, Edward M. Fox, an attorney, under penalty of perjury, and state that on May 5,
2008, service is being made in accordance with the General Order on Electronic Case
Filing section XI.

                                         s/Edward M. Fox
                                          Edward M. Fox