IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GARY NAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 08 C 519 |
| | ) | |
| v. | ) | |
| | ) | Judge Andersen |
| Chicago Police Officers Richard Haljean, Star No. | ) | |
| 9860, N. Spencer, Star No. 14835, Vasavid, Star No. | ) | Magistrate Judge Mason |
| 19359, Walsh, Star No. 11214, Meindl, Star No. | ) | |
| 10130, Cwick, Star No. 11860, Szczesny, Star No. | ) | |
| 10982, Gutierrez, Star No. 1473, Stasch, Star No.187 | ) | |
| and the City of Chicago, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW COUNSEL

NOW COME the Plaintiff GARY NAHAM, by and through his attorneys, ED FOX & ASSOCIATES, moves this Honorable Court for entry of an Order granting Edward M. Fox and Leslie C. McCoy of Ed Fox & Associates, leave to withdraw as counsel of said Plaintiff.

1.   Attorneys Edward M. Fox and Leslie C. McCoy of Ed Fox & Associates currently have appearances on file on behalf of the plaintiff.

2.   Ed Fox & Associates is no longer able to represent Plaintiff due to irreconcilable conflict.

3.   Ed Fox & Associates respectfully requests that the appearances of Edward M. Fox and Leslie C. McCoy as attorneys of record be withdrawn.

WHEREFORE, Ed Fox & Associates respectfully requests that the Court grant its motion for leave to withdraw the appearances of Edward M. Fox and Leslie C. McCoy as attorneys of record for Plaintiff, pursuant to Northern District of Illinois Rule 83.17.

                                                    By: /s/ Leslie C. McCoy
                                                         Leslie C. McCoy

                                                         ED FOX & ASSOCIATES
                                                         300 W. Adams Street
                                                         Suite 330
                                                         Chicago, IL 60606
                                                         (312) 345-8877