**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GARY NAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 08 C 519 |
| | ) | |
| v. | ) | |
| | ) | Judge Andersen |
| Chicago Police Officers Richard Haljean, Star No. | ) | |
| 9860,N. Spencer, Star No. 14835, Vasavid, Star No. | ) | Magistrate Judge Mason |
| 19359, Walsh, Star No. 11214, Meindl, Star No. | ) | |
| 10130, Cwick, Star No. 11860, Szczesny, Star No. | ) | |
| 10982, Gutierrez, Star No. 1473, Stasch, Star No.187 | ) | |
| and the City of Chicago, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   **Christopher A Wallace**          **Helen Catherine Gibbons**
      Assistant Corporation Counsel      City of Chicago
      30 North LaSalle Street            30 North LaSalle Street
      Suite 1400                         Suite 1400
      Chicago, IL 60602                  Chicago, IL 60602
      (312) 742-6408                     (312) 744-5100

      **Gary Naham**
      930 West Roscoe
      Chicago, IL 60657

        PLEASE TAKE NOTICE, that on **July 31, 2008 at 9:00 A.M.** I shall appear before Judge Anderson in the courtroom where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW COUNSEL.**

                                          /s/   Leslie C. McCoy
                                          Leslie C. McCoy
                                          ED FOX & ASSOCIATES.
                                          300 West Adams, Suite 330
                                          Chicago, IL 60606
                                          (312) 345-8877