

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Gary Naham_
(Please print)

STREET ADDRESS: _930 W. Roscoe Rear Coach._

CITY/STATE/ZIP: _Chicago, IL 60657_

PHONE NUMBER: _312-343-7241_

CASE NUMBER: _08 CV0519_

_[Signature]_    _8/11/08_
Signature        Date

# FILED

AUG 1 1 2008  RC
Aug 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT