UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Gary Naham
                    Plaintiff,

v.                                       Case No.: 1:08−cv−00519
                                                  Honorable Wayne R. Andersen

Richard Haljean, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Status hearing held and continued to 9/30/08 at 09:00 a.m. Plaintiff is strongly encouraged to retain new counsel prior to the next status hearing. In the event plaintiff is unable to secure new counsel, he is encouraged to contact the District Court Self−Help Assistance Program, as needed. The Court will set a new fact discovery cut−off at the 9/30/08 status hearing. Mailed notice(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.